Polk Shelton, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of felony theft, and awarded a term of five years in the penitentiary, and upon proper application his sentence was suspended, from which sentence he attempts to appeal.

 Prior to the 47th Legislature this court consistently held that no appeal would lie from a suspended sentence until the same was revoked. See recent case of Lamkin v. State, 138 Tex.Cr.R. 311, 136 S.W.2d 225, and authorities there cited. However, in 1941 the 47th Legislature amended Art. 779, C.C.P., Vernon's Ann.C.C.P. art. 779, and obliterated the right of appeal from a suspended sentence at any time, which act was within the power of the Legislature to so provide. See Millican v. State, Tex.Cr. App., 167 S.W.2d 188.

This appeal is therefore dismissed.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Under an indictment charging appellant with the offense of murder, he was convicted of aggravated assault and his punishment assessed at two years' confinement in the county jail.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ORR v. STATE.
No. 22793.

Court of Criminal Appeals of Texas.

March 15, 1944.

Rehearing Denied April 26, 1944.

Dave Miller and Clyde W. Mays, both of Fort Worth, for appellant.

## EDWARDS v. STATE.
No. 22836.

Court of Criminal Appeals of Texas.

April 12, 1944.

Noah Roark, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a ten-year sentence in the penitentiary on a conviction for theft.

There are no bills of exception and no statement of facts in the record. Nothing is presented for our consideration.

The judgment is affirmed.